UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------------------------------X
JOAQUIN ORTIZ, ALBERTO GUTIERREZ,
EMILIO GARCIA, JOSE TORRES,
NEYL GARCIA, HECTOR R. SUAZO,
JOSE B. CABRERA GOMEZ, CLAUDIO A.
PAULINO DIAZ, LEONARDO A.
PACHECO-CEPEDA, and ISAUL HERNANDEZ,
On Behalf of Themselves and All Others Similarly
Situated,

                                                  JUDGMENT

                    Plaintiffs,                      18-cv-04246-BMC

    v.

EMERALD EQUITY GROUP, LLC, ARCHROCK,
LLC D/B/A ARCHROCK MANAGEMENT, STAFF-
RBX, LLC, STAFF-EUN, LLC, STAFF-EBX LLC,
147 BRUCKNER BOULEVARD REALTY, LLC,
BRONX 495 EAST 188TH STREET, LLC, BRONX
495 EAST 188TH STREET, LP, BRONX 346 EAST
146 EAST 146TH STREET, LP, BRONX 2650
MARION AVENUE, LP, BRONX 232 CYPRESS
AVENUE, LP, BRONX 2120 CROTONA AVENUE
LP, BRONX 2150 CROTONA AVENUE LP,
BRONX 214 EAST 168TH STREET LP, and
MOSHE STAHL, Individually,

                    Defendants.
----------------------------------------------------------------X

     A notice of acceptance of a Rule 68 Offer of Judgment having been filed on January 22, 2019; and an Order of the Honorable Brian M. Cogan, United States District Judge, having been filed on January 23, 2019, directing the Clerk of Court to enter judgment under Federal Rule of Civil Procedure 68, it is

     ORDERED and ADJUDGED that Judgment is entered in favor of Plaintiffs and against Defendant BRONX 2650 MARION AVENUE, LP in the amount of $255,000.00, inclusive of interest and liquidated damages but exclusive of attorneys' fees, which will be determined by

the Court after entry of judgment pursuant to the procedures in Fed. R. Civ. P. 54; and that all claims against the other defendants are dismissed with prejudice.

Dated: Brooklyn, New York  
      January 24, 2019

Douglas C. Palmer  
Clerk of Court

By:   */s/Jalitza Poveda*_____  
      Deputy Clerk